# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLOUCESTER TERMINALS, LLC, | : | |
|     Petitioner, Counter-Respondent, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TEAMSTERS LOCAL UNION 929, | : | No. 16-5322 |
|     Respondent, Counter-Claimant. | : | |

## ORDER & JUDGMENT

**AND NOW**, this **22nd** day of **May**, **2017**, upon consideration of Petitioner's Cross-Motion for Summary Judgment (Document No. 9), Respondent's Cross-Motion for Summary Judgment (Document No. 10), and the parties' responses thereto, it is hereby **ORDERED** that:

1. Petitioner's Cross-Motion for Summary Judgment (Document No. 10) is **DENIED**.

2. Respondent's Cross-Motion for Summary Judgment (Document No. 9) is **GRANTED in part** and **DENIED in part**.

3. Petitioner shall **REINSTATE** Gary Akers with seniority unimpaired as of September 13, 2016, in accordance with the September 13, 2016, arbitration award.

4. By **June 5, 2017**, Respondent shall brief the Court on the method for calculating Akers's back pay for the period from September 13, 2016 to May 22, 2017. Respondent will also brief the Court on whether Akers is entitled to prejudgment interest on the back pay, and on the method for calculating that interest. Petitioner's response will be due on **June 19, 2017**.

BY THE COURT:

_____
**Berle M. Schiller, J.**